IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JIMMIE CALVIN ANDERSON,         )
                                )
        Plaintiff,               )
                                )
    v.                           )    1:20-cv-145
                                )
HEAD NURSE CYNTHIA,              )
                                )
        Defendant.               )

**ORDER**

This matter is before this court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on February 16, 2023 by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 39.) In the Recommendation, the Magistrate Judge recommends that Defendant's ("Head Nurse Cynthia") motion for summary judgment, (Doc. 35), be granted and that this action be dismissed. The Recommendation and notice were served on the parties to this action on February 16, 2023. (Docs. 39, 40.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 39), is **ADOPTED. IT IS FURTHER ORDERED** that

Defendant's Motion for Summary Judgment, (Doc. 35), is **GRANTED,** and that this action is hereby, **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 31st day of March, 2023.

                                                                               *William L. Osteen, Jr.*
                                                            United States District Judge